UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  17-14851 |
| CLA PROPERTIES SPE, LLC | § | |
| DEBTORS(S), | § | CHAPTER  11 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**LEWISVILLE ISD**        **DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 9th day of April, 2019, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL W. CARMEL
80 E. COLUMBUS AVE
PHOENIX, AZ 85012-4965

TRUSTEE (PHOENIX)
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@publicans.com


By: /s/ Elizabeth Weller
    Elizabeth Weller
    SBN: 00785514 TX